IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

KEITH A. OLIVER
Reg. #21513-009                                                                                          PLAINTIFF

V.                                          4:08CV00226 JMM/JTR

KAY R. HOWELL, Warden,
Wrightsville Unit, ADC, et al.                                                                    DEFENDANTS

**JUDGMENT**

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's June 6, 2008 Order.   Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 15th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE